# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '20 MJ5099 |
| vs. | COMPLAINT FOR VIOLATION OF<br>Title 21, U.S.C., Secs. 841(a)(1) and 846<br>- Conspiracy to Possess with Intent to Distribute Cocaine |
| JESUS BURGOS ARIAS (1),<br>JUAN ALATORRE VENEGAS (2),<br>JOSE YEE PEREZ (3), | |
| Defendants. | |

The undersigned complainant being duly sworn states:

## Count 1

Beginning at a date unknown continuing up to and including November 20, 2020, within the Southern District of California, and elsewhere, defendants JESUS BURGOS ARIAS, JUAN ALATORRE VENEGAS, and JOSE YEE PEREZ, did knowingly and intentionally conspire with each other and with other persons, known and unknown, to possess with intent to distribute a controlled substance, to wit: 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_Roy Voss_
Roy Voss
HSI Special Agent

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 24th day of November 2020.

_Barbara L Major_
The Honorable Barbara L. Major
United States Magistrate Judge

## Statement of Facts

I, Roy Voss, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

## Training and Expertise

I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I am a Special Agent employed by Homeland Security Investigations ("HSI") and have so been employed in that capacity since December 2016. Previously, I was employed by the United States Border Patrol as a Border Patrol Agent from May 2010 to December 2016. I am a graduate of the United States Border Patrol Academy, Criminal Investigator Training Program ("CITP"), and the Homeland Security Investigation Special Agent Training ("HSISAT"), all of which were held at the Federal Law Enforcement Training Center ("FLETC"). I hold a Master's Degree in Criminology and a Bachelor's Degree in Criminal Justice.

I have received specialized training in the criminal law and statutory authority, as well as in Title 21 United States Code, Title 19 United States Code, and Customs and Immigration law violations. I have been trained in investigating various violations of Federal law, including human trafficking, controlled substance smuggling and trafficking, and bulk currency smuggling. My training and experience in enforcement of controlled substances has included the identification of controlled substances, including cocaine, methamphetamine, heroin, opium, MDMA, and marijuana, and the investigation of persons in possession of controlled substances for the purposes of sales and transportation, as well as persons conspiring to transport and sell controlled substances. I have been the affiant of search warrants and I have received training in the analysis and preservation of cellphone-related evidence.

I am presently assigned to the San Diego Tunnel Task Force in San Diego, California, and my duties include investigating subterranean tunnels from Mexico into the

United States and the illicit trafficking of controlled substances through those tunnels. I am cross-designated by the United States Drug Enforcement Administration to conduct controlled substance investigations and enforce the provisions of the Federal Controlled Substance Act, pursuant to Title 21, United States Code.

Based on my training, personal experience, and participation in criminal investigations, I have become familiar with the methods and techniques used by individuals engaged in illegal drug trafficking, including: the distribution, storage, and transportation of illegal drugs; the collection of money proceeds of illegal drug trafficking; and the methods of money laundering used to conceal the nature of the proceeds.

The facts of this affidavit are based upon my first-hand knowledge, conversations I have had with other law enforcement officers involved in this investigation and my review of the documentary evidence. The following is merely a summary of the evidence obtained during this investigation and does not reflect my entire knowledge of the investigation. In addition, the evidence discussed in this affidavit does not represent all of the evidence collected during the investigation.

## Summary of Investigation

This is a long-term investigation targeting the leadership elements, lieutenants, associates, and money launderers connected with the Sinaloa Cartel. The investigation first began in late 2011 as an investigation of what was at first believed to be a small-scale drug distribution cell in National City and Chula Vista. It became evident that the drugs were being supplied by the Sinaloa Cartel, and the case evolved into a massive multi-national, multi-state probe that resulted in scores of arrests and seizures of 1,397 kilograms of methamphetamine, 2,214 kilograms of cocaine, 17.2 tons of marijuana, 95.84 kilograms of heroin, and $27,892,706 in narcotics proceeds. The investigation, in total, has resulted in charges against over 125 people and has had a significant impact on the worldwide operations of the Sinaloa Cartel. This investigation has also offered one of the most comprehensive views to date of the inner workings of one of the world's most prolific, violent and powerful drug cartels. Sinaloa Cartel members and associates were targeted

in this massive investigation involving multiple countries, numerous law enforcement agencies around the United States, a number of federal districts and over 250 court-authorized wiretaps in this district alone.

During the investigation, agents identified JORGE ALBERTO VALENZUELA-VALENZUELA ("JORGE") as a significant cocaine transporter who works on behalf of the Sinaloa Cartel to import thousands of kilograms of cocaine into the United States from Mexico for distribution. As part of his drug trafficking activities, JORGE worked closely with his brother, Gabriel Valenzuela-Valenzuela ("GABRIEL"), another high-ranking member of the Sinaloa Cartel. JORGE and GABRIEL own multiple Mexican trucking companies, and use them to transport ton-quantity cocaine loads belonging to themselves and other high-ranking members of the Sinaloa Cartel, from Sinaloa, Mexico to the U.S. border, including through Ports of Entry within the Southern District of California. JORGE and GABRIEL also uses these trucking companies to transport bulk currency from the sale of cocaine inside the United States from the U.S. border back to Sinaloa, Mexico.

In October 2020, agents learned that JORGE had entered the United States and was traveling from San Diego to the East Coast via a private jet. On October 29, 2020, agents located and apprehended JORGE outside of Boston, Massachusetts. On November 5, 2020, a federal grand jury sitting in the Southern District of California returned an indictment charging JORGE with conspiracy to import cocaine (in case number 20-cr-3515-JAH). JORGE was then ordered removed to the Southern District of California by a United States Magistrate Judge in the District of Massachusetts.

### Identification of JESUS BURGOS ARIAS, JUAN ALATORRE VENEGAS and JOSE YEE PEREZ

During the investigation, agents identified multiple individuals working with JORGE and GABRIEL's drug trafficking organization, including JESUS BURGOS ARIAS, JUAN ALATORRE VENEGAS, and JOSE YEE PEREZ.

For example, BURGOS and YEE previously worked as mechanics for Transportes Refrigerados Pandas, which is a Mexican trucking company controlled by JORGE and one

linked to multiple seizures of controlled substances and bulk U.S. currency in the United States and Mexico. BURGOS is also the current listed owner of RD Trucking, another company believed to be controlled by JORGE. On October 15, 2020, agents surveilled BURGOS and JORGE at a Long Beach, California airport, with a private jet aircraft that was scheduled to fly to Boston, Massachusetts. JORGE was directing the loading to eight suitcases onto the plane. The pilot of the aircraft subsequently inspected the contents of one of the suitcases and observed multiple small rectangular packages wrapped in black plastic and clear plastic wrap. The pilot pressed on the package and believed the contents were narcotics.

JUAN ALATORRE VENEGAS was identified as another truck driver working for JORGE's drug trafficking organization. For example, on October 31, 2019, ALATORRE was arrested for transporting approximately 827.8 kilograms of marijuana in Chula Vista, California. On June 28, 2020, agents also learned that ALATORRE flew on a private airplane owned by JORGE. A review of YEE's TECS crossing records also revealed multiple crossings with ALATORRE.

**November 20, 2020: Seizure of Narcotics, Bulk U.S. Currency, Firearms, Ammunition, and Body Armor at Truck Yard in Otay Mesa**

As part of the ongoing investigation into JORGE's drug trafficking and money laundering activities, agents have conducted surveillance of individuals working for the DTO as well as warehouses associated with JORGE's trucking companies. As part of these efforts, on November 20, 2020, at approximately 1:45 p.m., agents initiated surveillance at a commercial truck yard in the Otay Mesa area of San Diego.

At approximately 2:30 p.m., agents observed two tractor trailers and a Ford pickup truck leaving the truck yard. Agents maintained surveillance of the three vehicles and in conjunction with San Diego Sherriff's Department marked units, initiated traffic stops for violations of the California Vehicle Code on all three vehicles. The driver of one of the tractor trailers was identified as JOSE YEE PEREZ and he was stopped for weaving and crossing over the fog line. The driver of the other tractor / trailer was identified as JUAN

ALATORRE VENEGAS and he was stopped because the vehicle did not have a visible front license plate. The driver of the Ford pickup was identified as JESUS BURGOS ARIAS and he was stopped for having an obstructed driver's view and lighting not in working order.

A search of the fanny pack YEE was holding in his hand upon exiting the tractor / trailer after the vehicle stop revealed three cell phones, approximately $4,387 in U.S. currency, and what appeared to be money ledgers wrapped around the money. BURGOS was found with six cell phones at the time of the traffic stop.

Agents maintained surveillance of the truck yard and sought a search warrant for the premises. During this time, agents observed a tow truck driver arrive at the yard and unlock the gated entrance to the yard. At that time, agents detained the tow truck driver and conducted a protective sweep of the yard. During the protective sweep, agents observed bundles of what appeared to be controlled substances inside a partially opened garage door bay. Agents then executed a search warrant at the truck yard.

During a search of the house in the truck yard, agents seized numerous money ledgers similar to those found in the possession of YEE. Agents also seized approximately $3,500,000 in bulk U.S. currency. The majority of the money was wrapped in plastic and coated with automotive axle grease. Based on the amount of the money along with the packaging and proximity to the seized narcotics discussed below, I believe the 3.5 million dollars represented the proceeds of drug trafficking.



Numerous other items utilized in the packaging of money for the purpose of drug trafficking were discovered, including two money counters. One of the money counters was dusted for fingerprints and it produced a positive latent fingerprint match to ALATORRE.

Along with the currency, agents found a semiautomatic rifle modeled after an AK-47 assault rifle. The rifle was found to have been previously reported stolen in 2017 from the Los Angeles area. Agents also seized a semiautomatic handgun and body armor. Lastly, agents also seized a receipt with BURGOS's name on it.

During a search of the garage, agents seized approximately 685 kilograms of substance which field tested positive for cocaine (1,510 pounds), 24 kilograms of substance which field tested positive fentanyl (52 pounds), and a pickup truck with a trap gas tank the size of half the truck bed. The truck yard contained numerous tractors and trailers, along with numerous other vehicles. Based on my training and experience, as well as my knowledge of the investigation, I believe that the cocaine and fentanyl had been imported into the United States through hidden compartments inside the tractor trailers and trucks.



Lastly, agents discovered a semi-trailer which was found to contain approximately 20,000 rounds of .50 caliber ammunition, still in its metal ammo cases. The trailer also contained approximately 427 body armor plate carrying vests, approximately 1,000 rounds of .40 caliber ammunition and 104 Barret Firearms .50 caliber BMG rifle magazines. Based on my training and experience, as well as my knowledge of the investigation, I believe that the ammunition and body armor was intended for importation into the Republic of Mexico.

 

Following the search warrant, YEE declined to speak to agents. ALATORRE and BURGOS agreed to speak with agents and they denied any knowledge of the narcotics, bulk U.S. currency, firearms, and ammunition and other items seized at the truck yard. BURGOS, ALATORRE, and YEE were then transported to San Diego Central Jail and booked.

## Conclusion

Based on my training and experience, along with the investigation detailed above, including the seizure of large quantities of narcotics, bulk U.S. currency, firearms, body armor, and ammunition at the truck yard on November 20, 2020, I believe that BURGOS, ALATORRE, and YEE have been working with each other and with JORGE and other members of the drug trafficking organization to conduct drug trafficking and money laundering on behalf of the Sinaloa Cartel.