RANDY S. GROSSMAN
Acting United States Attorney
MATTHEW J. SUTTON
Assistant U.S. Attorney
Illinois Bar No. 6307129
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8941
E-mail: matthew.sutton@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  20cr3515-JAH |
|---|---|
| Plaintiff, | SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| JORGE ALBERTO VALENZUELA-VALENZUELA (1), JESUS BURGOS ARIAS (2), JUAN ALATORRE VENEGAS (3), JOSE YEE PEREZ (4) | |
| Defendants. | |

Plaintiff, the United States of America, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Matthew J. Sutton, Assistant United States Attorney, hereby files the following Second Bill of Particulars for Forfeiture of Property.

Through the violations of Title 21, United States Code, Sections 952, 960, and 963, as alleged in Counts 1 through 3 of the Superseding Indictment in this case, which violations are punishable by imprisonment of more than one year, the United States seeks forfeiture in the Forfeiture Allegation of the following additional properties pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982; and

Through the violations of Title 21, United States Code, Sections 841(a)(1) and 846, as alleged in Counts 1 and 2 of the Superseding Indictment, which violations are

punishable by imprisonment of more than one year, the United States seeks forfeiture in the Forfeiture Allegation of the following additional properties pursuant to 21 U.S.C. § 853(a)(1) and 853(a)(2); and

Through the violations of Title 18, United States Code, Section 1956(a)(2)(A) and (a)(2)(B)(i), as alleged in Count 3 of the Superseding Indictment, the United States seeks forfeiture in the Forfeiture Allegation of the following additional properties pursuant to 18 U.S.C. § 982(a)(1):

1.  The real property located at 8529 Avenida Costa Sur, San Diego, CA 92154, more particularly described as:

ASSESSOR'S PARCEL NO. **646-210-41-02**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

A CONDOMINIUM(S) COMPRISED OF:

PARCEL 1:

AN UNDIVIDED TWENTY FIVE PERCENT (25%) INTEREST AS TO UNIT 8529 IN AND TO PARCEL 1 OF PARCEL MAP NO. 20467, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, FILED IN THE SAN DIEGO RECORDER'S OFFICE ON APRIL 11. 2008 AS INSTRUMENT NO. 2008-0192675 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM:

ALL UNITS AS SHOWN ON THE CONDOMINIUM PLAN FOR SIEMPRE VIVA III INDUSTRIAL CONDOMINIUMS RECORDED JUNE 23, 2008 AS INSTRUMENT NO. 2008-0336392 OF OFFICIAL RECORDS.

PARCEL 2:

UNIT 8529 AS SHOWN ON THE CONDOMINIUM PLAN.

PARCEL 3:

NON-EXCLUSIVE EASEMENTS FOR PEDESTRIAN AND VEHICULAR INGRESS, EGRESS, PARKING, SUPPORT AND UTILITY PURPOSES THROUGH THE COMMON AREA AS SET FORTH IN THE "DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR SIEMPRE VIVA 11r RECORDED JUNE 23. 2008 AS INSTRUMENT NO. 2008-0336393 OF OFFICIAL RECORDS.

//

2.      The real property in the City of San Diego, County of San Diego, State of California, known as Harvest Road Land Parcel, and legally described as:

Assessor's Parcel No. **646-141-08**

PARCEL 2 OF PARCEL MAP NO. 14045, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF RECORDED IN THE SAN DIEGO COUNTY RECORDER'S OFFICE NOVEMBER 26, 1985.

3.      The real property located at 8580 Avenida De La Fuente Suite F, San Diego, CA 92154, more particularly described as:

Assessor's Parcel No. **646-150-44-06**

A CONDOMINIUM CONSISTING OF:

PARCEL 1:

A) A SEPARATE INTEREST IN: UNIT U-6 SHOWN ON THAT CERTAIN "SOUTH OTAY MESA BUSINESS PARK II CONDOMINIUM PLAN" (THE PLAN), RECORDED ON MAY 13, 2004 AS INSTRUMENT NO. 04-434961, IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA; AND

B) AN UNDIVIDED ONE-TWELFTH (12TH) FRACTIONAL INTEREST IN AND TO THE COMMON AREA LOCATED WITHIN THE REAL PROPERTY DESCRIBED HEREIN BELOW, AS DEFINED AND IDENTIFIED IN THE PLAN AND AS DEFINED IN THAT CERTAIN DECLARATION OF COVENANTS CONDITIONS AND RESTRICTIONS RECORDED MAY 13, 2004 AS INSTRUMENT NO. 04-434962 OF OFFICIAL RECORDS (DECLARATION).

SAID UNIT AND FRACTIONAL INTEREST ARE LOCATED WITHIN THE BOUNDARIES OF THAT CERTAIN REAL PROPERTY DESCRIBED AS:

LOT 24 OF DE LA FUENTE BUSINESS PARK, UNIT NO. 2, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 11621, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, SEPTEMBER 17,1986.

PARCEL 2:

EXCLUSIVE USE AREAS THE EXCLUSIVE RIGHT TO THE USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF THE ASSOCIATION PROPERTY DEFINED IN THE DECLARATION AND IN THE PLAN AS "EXCLUSIVE USE AREA" WHICH ARE APPURTENANT TO PARCEL 1 ABOVE, IN ACCORDANCE WITH THE DECLARATION AND THE PLAN.

//

//

PARCEL 3:

RESTRICTED USE AREAS

A RESTRICTED RIGHT TO THE USE OF THOSE PORTIONS OF THE ASSOCIATION PROPERTY DEFINED IN THE DECLARATION AND IN THE PLAN AS "RESTRICTED USE AREA," WHICH SHALL BE APPURTENANT TO PARCEL 1 DESCRIBED ABOVE. PARCEL 4: NON-EXCLUSIVE EASEMENTS-ASSOCIATION PROPERTY NONEXCLUSIVE EASEMENTS ON, IN OVER AND THROUGH THE ASSOCIATION PROPERTY AS DEFINED IN THE DECLARATION AND DEFINED AND IDENTIFIED IN THE PLAN, EXCEPTING THEREFROM ALL UNITS AND THE APPURTENANT EXCLUSIVE USE AREAS, FOR PURPOSES OF (A) INGRESS, EGRESS, ACCESS THROUGH, ON AND OVER THE VEHICULAR AND PEDESTRIAN ACCESS AREA THEREIN, (B) ACCESS TO AND USE OF (INCLUDING THE RIGHT TO INSTALL, MAINTAIN, REPAIR OR REPLACE) ANY UTILITY OR RELATED LINES AND EQUIPMENT IN ORDER TO PROVIDE UTILITY OR RELATED SERVICES TO PARCELS 1, 2, AND 3 ABOVE; SUBJECT TO HOWEVER ANY RESTRICTIONS LIMITATIONS AND CONDITIONS DESCRIBED IN THE DECLARATION, AND FURTHER EXCEPTING ANY PORTIONS OF THE ASSOCIATION PROPERTY OVER WHICH THE GRANTOR HEREIN, AS DECLARANT, MAY HAVE AN EASEMENT OR OTHER SIMILAR RESTRICTION, AS MAY BE PROVIDED IN THE DECLARATION.

DATED: June 28, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

s/ Matthew J. Sutton

MATTHEW J. SUTTON
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America