UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>Jesus BURGOS ARIAS (2),<br><br>    Defendant. | Case No.  20cr3515-AGS<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
|---|---|

    WHEREAS, in the Superseding Indictment and Bill of Particulars, the United States sought forfeiture of all right, title, and interest in properties of Defendant JESUS BURGOS ARIAS ("Defendant"), pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2) and Title 18, United States Code, Section 982(a)(1) as properties constituting or derived from any proceeds the Defendant obtained, directly or indirectly, as a result of the offenses alleged in Counts 1 and 2, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations of Title 21, United States Code, Sections 952, 960, 963, 841(a)(1) and 846 as set forth in Counts 1 and 2, and all properties involved in the offense set forth in Count 3 which alleged violation of Title 18, United States Code, Section 1956(h); and

    WHEREAS, on or about February 2, 2022, Defendant pled guilty before United States Magistrate Judge Barbara Lynn Major to Counts 1 through 3 of the Superseding Indictment, which pleas included consents to the forfeiture allegations of the Superseding Indictment, including forfeiture of the following:

    a.    The real property located at 8529 Avenida Costa Sur, San Diego, CA 92154, more particularly described as:

ASSESSOR'S PARCEL NO. **646-210-41-02**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

A CONDOMINIUM(S) COMPRISED OF:

PARCEL 1:

AN UNDIVIDED TWENTY FIVE PERCENT (25%) INTEREST AS TO UNIT 8529 IN AND TO PARCEL 1 OF PARCEL MAP NO. 20467, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, FILED IN THE SAN DIEGO RECORDER'S OFFICE ON APRIL 11. 2008 AS INSTRUMENT NO. 2008-0192675 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM:

ALL UNITS AS SHOWN ON THE CONDOMINIUM PLAN FOR SIEMPRE VIVA III INDUSTRIAL CONDOMINIUMS RECORDED JUNE 23, 2008 AS INSTRUMENT NO. 2008-0336392 OF OFFICIAL RECORDS.

PARCEL 2:

UNIT 8529 AS SHOWN ON THE CONDOMINIUM PLAN.

PARCEL 3:

NON-EXCLUSIVE EASEMENTS FOR PEDESTRIAN AND VEHICULAR INGRESS, EGRESS, PARKING, SUPPORT AND UTILITY PURPOSES THROUGH THE COMMON AREA AS SET FORTH IN THE "DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR SIEMPRE VIVA 11r RECORDED JUNE 23. 2008 AS INSTRUMENT NO. 2008-0336393 OF OFFICIAL RECORDS.

b.      The real property in the City of San Diego, County of San Diego, State of California, known as Harvest Road Land Parcel, legally described as:

ASSESSOR'S PARCEL NO. **646-141-08**

PARCEL 2 OF PARCEL MAP NO. 14045, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF RECORDED IN THE SAN DIEGO COUNTY RECORDER'S OFFICE NOVEMBER 26, 1985.

c.      The real property located at 8580 Avenida De La Fuente Suite F, San Diego, CA 92154, more particularly described as:

ASSESSOR'S PARCEL NO. **646-150-44-06**

A CONDOMINIUM CONSISTING OF:

PARCEL 1:

A) A SEPARATE INTEREST IN: UNIT U-6 SHOWN ON THAT CERTAIN "SOUTH OTAY MESA BUSINESS PARK II CONDOMINIUM PLAN" (THE PLAN), RECORDED ON MAY 13, 2004 AS INSTRUMENT NO. 04-434961, IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA; AND

B) AN UNDIVIDED ONE-TWELFTH (12TH) FRACTIONAL INTEREST IN AND TO THE COMMON AREA LOCATED WITHIN THE REAL PROPERTY DESCRIBED HEREIN BELOW, AS DEFINED AND IDENTIFIED IN THE PLAN AND AS DEFINED IN THAT CERTAIN DECLARATION OF COVENANTS CONDITIONS AND RESTRICTIONS RECORDED MAY 13, 2004 AS INSTRUMENT NO. 04-434962 OF OFFICIAL RECORDS (DECLARATION).

SAID UNIT AND FRACTIONAL INTEREST ARE LOCATED WITHIN THE BOUNDARIES OF THAT CERTAIN REAL PROPERTY DESCRIBED AS:

LOT 24 OF DE LA FUENTE BUSINESS PARK, UNIT NO. 2, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 11621, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, SEPTEMBER 17,1986.

PARCEL 2:

EXCLUSIVE USE AREAS THE EXCLUSIVE RIGHT TO THE USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF THE ASSOCIATION PROPERTY DEFINED IN THE DECLARATION AND IN THE PLAN AS "EXCLUSIVE USE AREA" WHICH ARE APPURTENANT TO PARCEL 1 ABOVE, IN ACCORDANCE WITH THE DECLARATION AND THE PLAN.

PARCEL 3:

RESTRICTED USE AREAS

A RESTRICTED RIGHT TO THE USE OF THOSE PORTIONS OF THE ASSOCIATION PROPERTY DEFINED IN THE DECLARATION AND IN THE PLAN AS "RESTRICTED USE AREA," WHICH SHALL BE APPURTENANT TO PARCEL 1 DESCRIBED ABOVE. PARCEL 4: NON-EXCLUSIVE EASEMENTS-ASSOCIATION PROPERTY NONEXCLUSIVE EASEMENTS ON, IN OVER AND THROUGH THE ASSOCIATION PROPERTY AS DEFINED IN THE DECLARATION AND DEFINED AND IDENTIFIED IN THE PLAN, EXCEPTING THEREFROM ALL UNITS AND THE APPURTENANT EXCLUSIVE USE AREAS, FOR PURPOSES OF (A) INGRESS, EGRESS, ACCESS THROUGH, ON AND OVER THE VEHICULAR AND PEDESTRIAN

ACCESS AREA THEREIN, (B) ACCESS TO AND USE OF (INCLUDING THE RIGHT TO INSTALL, MAINTAIN, REPAIR OR REPLACE) ANY UTILITY OR RELATED LINES AND EQUIPMENT IN ORDER TO PROVIDE UTILITY OR RELATED SERVICES TO PARCELS 1, 2, AND

3 ABOVE; SUBJECT TO HOWEVER ANY RESTRICTIONS LIMITATIONS AND CONDITIONS DESCRIBED IN THE DECLARATION, AND FURTHER EXCEPTING ANY PORTIONS OF THE ASSOCIATION PROPERTY OVER WHICH THE GRANTOR HEREIN, AS DECLARANT, MAY HAVE AN EASEMENT OR OTHER SIMILAR RESTRICTION, AS MAY BE PROVIDED IN THE DECLARATION;

    d.  .50 caliber magazines;

    e.  $95.55 in United States Currency;

    f.  $274.55 in United States Currency; and

WHEREAS, on February 22, 2022, this Court accepted the guilty pleas of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the forfeited properties and the offenses; and

WHEREAS, on April 22, 2022, a Notice of Forfeiture was delivered by Federal Express to Defendant through his attorney regarding forfeiture of 8529 Avenida Costa Sur, San, Diego, CA 92154 through co-defendant Jorge Alberto Valenzuela-Valenzuela and Defendant did not file a third-party petition as to his interest in the asset; and

WHEREAS, 8529 Avenida Costa Sur, San Diego, CA 92154 has been forfeited under the First Amended Order of Criminal Forfeiture (ECF. 139) of co-defendant Jorge Alberto Valenzuela-Valenzuela on February 2, 2023.

WHEREAS, by virtue of said guilty pleas, the United States is now entitled to possession of the above-referenced properties, pursuant to 21 U.S.C. §§ 853(a)(1) and 853(a)(2), 18 U.S.C. § 982(a)(1), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced properties which were found forfeitable by the Court; and

WHEREAS, on or about September 17, 2024, the $95.55 in United States Currency and $274.55 in United States Currency were administratively forfeited by Homeland Security Investigations ("HSI"); and,

WHEREAS, the .50 caliber magazines are currently in the custody of the San Diego Sheriff's Office ("SDSO"); and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty pleas of the Defendant to Counts 1 through 3 of the Superseding Indictment, all right, title, and interest of Defendant JESUS BURGOS ARIAS in the following property is hereby forfeited to the United States pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2) and Title 18, United States code, Section 982(a)(1) for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

   a. The real property located at 8529 Avenida Costa Sur, San Diego, CA 92154, more particularly described as:

   ASSESSOR'S PARCEL NO. **646-210-41-02**

   THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

   A CONDOMINIUM(S) COMPRISED OF:

   PARCEL 1:

   AN UNDIVIDED TWENTY FIVE PERCENT (25%) INTEREST AS TO UNIT 8529 IN AND TO PARCEL 1 OF PARCEL MAP NO. 20467, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, FILED IN THE SAN DIEGO RECORDER'S OFFICE ON APRIL 11. 2008 AS INSTRUMENT NO. 2008-0192675 OF OFFICIAL RECORDS.

   EXCEPTING THEREFROM:

   ALL UNITS AS SHOWN ON THE CONDOMINIUM PLAN FOR SIEMPRE VIVA III INDUSTRIAL CONDOMINIUMS RECORDED

JUNE 23, 2008 AS INSTRUMENT NO. 2008-0336392 OF OFFICIAL RECORDS.

PARCEL 2:

UNIT 8529 AS SHOWN ON THE CONDOMINIUM PLAN.

PARCEL 3:

NON-EXCLUSIVE EASEMENTS FOR PEDESTRIAN AND VEHICULAR INGRESS, EGRESS, PARKING, SUPPORT AND UTILITY PURPOSES THROUGH THE COMMON AREA AS SET FORTH IN THE "DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR SIEMPRE VIVA 11r RECORDED JUNE 23. 2008 AS INSTRUMENT NO. 2008-0336393 OF OFFICIAL RECORDS.

2.  The above-mentioned property was previously forfeited under the First Amended Order of Criminal Forfeiture of co-defendant Jorge Alberto Valenzuela-Valenzuela (ECF 139) and no ancillary proceedings or further action is required as to Defendant for this property.

3.  Based upon the guilty pleas of the Defendant to Counts 1 through 3 of the Superseding Indictment, all right, title, and interest of Defendant JESUS BURGOS ARIAS in the following properties are hereby forfeited to the United States pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2) and Title 18, United States Code, Section 982(a)(1) for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

  b. The real property in the City of San Diego, County of San Diego, State of California, known as Harvest Road Land Parcel, legally described as:

ASSESSOR'S PARCEL NO. **646-141-08**

PARCEL 2 OF PARCEL MAP NO. 14045, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF RECORDED IN THE SAN DIEGO COUNTY RECORDER'S OFFICE NOVEMBER 26, 1985.

  c. The real property located at 8580 Avenida De La Fuente Suite F, San Diego, CA 92154, more particularly described as:

ASSESSOR'S PARCEL NO. **646-150-44-06**

A CONDOMINIUM CONSISTING OF:

PARCEL 1:

A) A SEPARATE INTEREST IN: UNIT U-6 SHOWN ON THAT CERTAIN "SOUTH OTAY MESA BUSINESS PARK II CONDOMINIUM PLAN" (THE PLAN), RECORDED ON MAY 13, 2004 AS INSTRUMENT NO. 04-434961, IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA; AND

B) AN UNDIVIDED ONE-TWELFTH (12TH) FRACTIONAL INTEREST IN AND TO THE COMMON AREA LOCATED WITHIN THE REAL PROPERTY DESCRIBED HEREIN BELOW, AS DEFINED AND IDENTIFIED IN THE PLAN AND AS DEFINED IN THAT CERTAIN DECLARATION OF COVENANTS CONDITIONS AND RESTRICTIONS RECORDED MAY 13, 2004 AS INSTRUMENT NO. 04-434962 OF OFFICIAL RECORDS (DECLARATION).

SAID UNIT AND FRACTIONAL INTEREST ARE LOCATED WITHIN THE BOUNDARIES OF THAT CERTAIN REAL PROPERTY DESCRIBED AS:

LOT 24 OF DE LA FUENTE BUSINESS PARK, UNIT NO. 2, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 11621, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, SEPTEMBER 17,1986.

PARCEL 2:

EXCLUSIVE USE AREAS THE EXCLUSIVE RIGHT TO THE USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF THE ASSOCIATION PROPERTY DEFINED IN THE DECLARATION AND IN THE PLAN AS "EXCLUSIVE USE AREA" WHICH ARE APPURTENANT TO PARCEL 1 ABOVE, IN ACCORDANCE WITH THE DECLARATION AND THE PLAN.

PARCEL 3:

RESTRICTED USE AREAS

A RESTRICTED RIGHT TO THE USE OF THOSE PORTIONS OF THE ASSOCIATION PROPERTY DEFINED IN THE DECLARATION AND IN THE PLAN AS "RESTRICTED USE AREA," WHICH SHALL BE APPURTENANT TO PARCEL 1 DESCRIBED ABOVE. PARCEL 4: NON-EXCLUSIVE EASEMENTS-ASSOCIATION PROPERTY NONEXCLUSIVE EASEMENTS ON, IN OVER AND THROUGH THE ASSOCIATION PROPERTY AS DEFINED IN THE DECLARATION AND DEFINED AND IDENTIFIED IN THE PLAN, EXCEPTING THEREFROM ALL UNITS AND THE APPURTENANT EXCLUSIVE USE AREAS, FOR PURPOSES OF (A) INGRESS, EGRESS, ACCESS THROUGH, ON AND OVER THE VEHICULAR AND PEDESTRIAN

ACCESS AREA THEREIN, (B) ACCESS TO AND USE OF (INCLUDING THE RIGHT TO INSTALL, MAINTAIN, REPAIR OR REPLACE) ANY

UTILITY OR RELATED LINES AND EQUIPMENT IN ORDER TO PROVIDE UTILITY OR RELATED SERVICES TO PARCELS 1, 2, AND 3 ABOVE; SUBJECT TO HOWEVER ANY RESTRICTIONS LIMITATIONS AND CONDITIONS DESCRIBED IN THE DECLARATION, AND FURTHER EXCEPTING ANY PORTIONS OF THE ASSOCIATION PROPERTY OVER WHICH THE GRANTOR HEREIN, AS DECLARANT, MAY HAVE AN EASEMENT OR OTHER SIMILAR RESTRICTION, AS MAY BE PROVIDED IN THE DECLARATION;

4. The aforementioned forfeited specific assets are to be held by Homeland Security Investigations in its secure custody and control.

5. Based upon the guilty pleas of the Defendant to Counts 1 through 3 of the Superseding Indictment, all right, title, and interest of Defendant JESUS BURGOS ARIAS in the .50 caliber magazines, which are currently in the custody of the SDSO, are hereby forfeited to the United States pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2) and Title 18, United States code, Section 982(a)(1). The Court further orders that the SDSO shall dispose of these specific properties according to law, when no longer needed for evidence. No third party ancillary proceedings are required as to the firearms and ammunition.

6. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

7. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of

the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

8. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

9. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

10. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the above-referenced assets, in which all interests will be addressed.

11. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

12. The administrative forfeiture proceedings completed by HSI as to the $95.55 in United States Currency and $274.55 in United States Currency, are affirmed. No further proceedings are required as to this item.

Dated: October 23, 2024

_____
Hon. Andrew G. Schopler
United States District Judge